# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/9/2015 11:59:38 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 - 14 - 00240 - CR**

Trial Court Style: State of Texas Vs. Mark Eric _____

Trial Court & County: 87th, Anderson County   Trial Court No.: 31159

Date Trial Clerk's Record Originally Due: 11/14/2014  N/A

Date Court Reporter's/Recorder's Record Originally Due: 11/14/2014

Anticipated Number of Pages of Record: 600

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ☐ the required fee or to make arrangements to pay the fee for preparing the record.

☑  my duties listed below preclude working on this record: Have been in court and working on record, Redoing volume 4 which was misplaced along with scanned exhibits. I

☑  Other. (Explain.): Filed for a seven day extension and have been working nights to complete but still need pages &

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by __2/16/14__, and I conversion hereby request an additional __7__ days within which to prepare it. TEX. R. APP. P. 37.3. on videos for computer

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

2/12/15

_____
Date

903. 309 - 4836

_____
Office Phone Number

Signature _____

Printed Name Helen C Wooten

HelenWooten@windstream.net

_____
E-mail Address (if available)

Official Title Court Reporter

2/9/2015

Ms Lusk,

I had filed extension last week for an additional seven days in which to complete record. I went to dealership and of course was unable to retrieve flash drive. I have diligently worked at night and on Saturday to complete but are still lacking pages from Volume 4 to be completed and have retrieved the exhibits from Anderson County and have copied videos but I cannot upload to convert from the transfer. I have called Curleys Computers and they are willing to convert and upload by Wednesday, 2/11/15. I am asking for additional seven days to allow me to complete record and get through portal with assistance. However, if I cannot convert with help, I will be filing copies of videos as transcripts are not available. Thank you,

Diane White

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: Stephen Evans                               Name: Scott Holden

Address: 1000 N. Church                           Address: 500 N. Church St.

PO Box 754, Palestine TX                          Palestine, TX 75801
                              75802
Phone no.: 903 723-3334                           Phone no.: 903-723-7400

Attorney for: _____                     Attorney for: State of Texas


Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: _____                             Name:

Address: _____                          Address:

_____

Phone no.: _____                        Phone no.:

Attorney for: _____                     Attorney for:


Additional                    information,                    if                    any: